UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENELLE SMAGALA, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:17-CV-03648-TWP-DML |
| EMBASSY SUITES MANAGEMENT, LLC, | ) |
| Defendant. | ) |

## AMENDED COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, Jenelle Smagala, by counsel, and for her cause of action against the Defendant and alleges and says as follows:

1. At all times relevant herein, Plaintiff, Jenelle Smagala, was a resident of Indianapolis, Marion County, Indiana.

1. Defendant, Embassy Suites Management, LLC, is a Virginia company doing business in the State of Indiana whose resident agent is located in Indianapolis, Marion County, Indiana.

2. On April 16, 2017, the Plaintiff, Jenelle Smagala, was staying as a registered guest in room #2007 at the Embassy Suites by Hilton Indianapolis Downtown located at 110 West Washington Street in Indianapolis, Marion County, Indiana. During the night/early morning hours, she fell down a flight of stairs in the penthouse suite due to the Defendant's failure to maintain a reasonably safe staircase.

3. The Defendant was careless and negligent in the care and maintenance of the staircase at Embassy Suites by Hilton Indianapolis Downtown, including, but not limited to, its

failure to make the stairs reasonably safe, provide no backlit light switches, no low voltage nightlights, or other illumination on the steps.

4.     As a direct proximate result of the negligence of the Defendant, the Plaintiff, Jenelle Smagala, fell down the stairs as described hereinabove.

5.     As a proximate result of the negligence of the Defendant, and her ensuing fall, the Plaintiff, Jenelle Smagala, received injuries to her head and neck, abrasions to her right shoulder, a swollen right elbow, a right distal radius fracture, a left index finger fracture, bruising on her right hip and buttocks, and bruising on both of her legs.  She has incurred medical expenses and has endured great pain, suffering and mental anguish, all of which will continue in the future.

WHEREFORE, the Plaintiff, Jenelle Smagala, prays that she be awarded judgment against the Defendant in an amount that will fully and fairly compensate her for all of her losses, damages and injuries, for prejudgment interest as allowed by statute, for the costs of this action, and for all other proper relief in the premises.

Respectfully Submitted,

YOUNG & YOUNG

*/s/ James H. Young*
James H. Young, #1756-98
128 N. Delaware St., Third Floor
Indianapolis, IN 46204
Ph:     (317) 639-5161
Fax:    (317) 639-4978
Email: jim@youngandyoungin.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      Edward W. Hearn
                                      Susan K. Swing
                                      Catherine Breitweiser-Hurst
                                      Johnson & Bell, Ltd.
                                      11051 Broadway, Suite B
                                      Crown Point, IN  46307

                                      */s/ James H. Young*
                                      James H. Young, #1756-98

YOUNG & YOUNG
128 N. Delaware St., Third Floor
Indianapolis, IN 46204