UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENELLE SMAGALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-03648-JPH-DLP |
| | ) |
| EMBASSY SUITES MANAGEMENT LLC, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated.

Date: 1/14/2020

Laura A. Briggs, Clerk
BY: _Dena W. Hernandez_
Deputy Clerk, U.S. District Court

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Catherine A. Breitweiser-Hurst
JOHNSON & BELL, P.C.
breitweiserhurstc@jbltd.com

Edward W. Hearn
JOHNSON & BELL, LTD. (Crown Point)
hearne@jbltd.com

James Howard Young
YOUNG & YOUNG
jim@youngandyoungin.com